UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:25-cv-60806

ROSARIO HUARCA,

   Plaintiff,

v.

HERMANOS GUEVARA INC, a
Florida corporation, and YES HOTEL
SERVICES, INC., a Florida corporation,

   Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS**

Attorney Nhu Quynh Cao, Esq. files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: Law Offices of Charles Eiss, P.L.

Address:   550 South Andrews Avenue, Suite 600
              Fort Lauderdale, FL 33301

Dated: July 9, 2025.

**LAW OFFICES OF CHARLES EISS, P.L.**
Attorneys for Defendant
550 South Andrews Avenue, Suite 600
Fort Lauderdale, Florida 33301
(954) 914-7890 (Office)
(855) 423-5298 (Facsimile)

By:   /s/ Nhu Cao
       NHU CAO, Esq.
       Fla. Bar #1050344
       nhu@icelawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of July, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nhu Cao
NHU CAO, ESQ.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 0:25-cv-60806**

Charles Eiss, Esq.
Fla Bar #612073
chuck@icelawfirm.com
Nhu Cao, Esq.
Fla Bar #1050344
nhu@icelawfirm.com
**LAW OFFICES OF CHARLES EISS, P.L.**
Attorneys for Plaintiff
550 South Andrews Avenue, Suite 600
Fort Lauderdale, Florida 33301
(954) 914-7890 (Telephone)
(855) 423-5298 (Facsimile)
*Attorneys for Plaintiff*

Jesse Unruh, Esq.
Fla. Bar No.: 93121
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com
SPIRE LAW, PLLC
2752 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Tel: (407) 494-0135
*Attorneys for Defendant Hermanos Guevara Inc.*

Matthew A. Green, Esq.
Fla. Bar No.: 1019717
Bryan A. Maroto, Esq.
Fla. Bar No.: 1058089
COLE, SCOTT & KISSANE, P.A.
110 Tower, 110 S.E. 6th Street, Suite 2700
Fort Lauderdale, FL 33301
Telephone: (954) 703-3700
Facsimile: (954) 703-3701
Email: matthew.green@csklegal.com
Email: bryan.maroto@csklegal.com
*Attorneys for Defendant Yes Hotel Services, Inc.*